**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Brian A. Wright (admitted *pro hac vice*)
wrightb@HuntonAK.com
951 East Byrd Street
Richmond, Virginia 2321
Telephone:  (804) 788-8710
Facsimile:  (804) 788-8218

Attorneys for Defendant
SEAMLESS CONTACTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DOUG SPINDLER, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SEAMLESS CONTACTS INC.,<br><br>          Defendant. | CASE NO.:  4:22-CV-00787-KAW<br><br>**DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STRIKE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION** |

*Sidebar (vertical text):* **Hunton Andrews Kurth LLP** 550 South Hope Street, Suite 2000 Los Angeles, California 90071-2627

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STRIKE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION

I, Ann Marie Mortimer, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm of Hunton Andrews Kurth LLP and I serve as counsel of record for Defendant Seamless Contacts, Inc. in the above-captioned action.

2.      I submit this Declaration in support of Defendant's Motion to Dismiss or Strike Plaintiff's Complaint, Or, in the Alternative, to Stay the Litigation.

3.      I have personal knowledge of the matters stated herein based upon my and my colleagues' work in this matter.

4.      **Exhibit A** hereto is a true and correct copy of a LinkedIn profile for Douglas Spindler, plus the pop-up window that appears when one clicks "Contact info," both of which are publicly available on the Internet at https://www.linkedin.com/in/douglas-spindler-1107a17/ (last visited March 31, 2022) and contain, among other things, Plaintiff's job title, company name, location, and a link to his company's website.[1]

5.      **Exhibit B** hereto is a true and correct copy of the "Contact Us" page of Plaintiff's company's website, which is publicly available on the Internet at http://www.pacitpros.org/contact-us/ (last visited March 31, 2022) and contains, among other things, Plaintiff's name, job title, and address.

6.      **Exhibit C** hereto is a true and correct copy of a profile of Douglas Spindler available on the ITPro Today website, which is publicly available on the Internet at https://www.itprotoday.com/author/doug-spindler (last visited March 31, 2022) and contains, among other things, Plaintiff's photograph, a link to his company's website, and his @gmail.com email address.

---

[1] Because Plaintiff redacted this already-public information from the Complaint, Seamless does not disclose it here or in the Request for Judicial Notice, and Seamless has redacted it from the Exhibits. But as explained in Paragraph 12, *infra*, the professional contact information contained in the Exhibits overlaps with the professional contact information about Plaintiff in the Seamless database, and that overlap (not the content itself) is what's important for purposes of showing that Plaintiff has not suffered any injury in fact by Seamless's making that information available on its site.

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STRIKE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

7.       **Exhibit D** hereto is a true and correct copy of a college course syllabus identifying Douglas Spindler as the instructor, which is publicly available on the Internet at https://studylib.net/doc/8603104/communications-with-students (last visited March 31, 2022) and contains, among other things, Plaintiff's name, phone number, an email address not listed in Seamless's database, and two links to his company's website.

8.       **Exhibit E** hereto is a true and correct copy of a message board post on the Tom's Hardware website, which is publicly available on the Internet at https://forums.tomshardware.com/threads/sysdiff-or-equiv-for-xp-what.1127200/ (last visited March 31, 2022) and contains, among other things, Plaintiff's name and his @comcast.com email address.

9.       **Exhibit F** hereto is a true and correct copy of a profile of Plaintiff available on a Microsoft "Most Valuable Professional" website, which is publicly available on the Internet at https://mvp.microsoft.com/en-us/PublicProfile/4039746?fullName=doug%20spindler (last visited March 31, 2022) and contains, among other things, Plaintiff's photograph and the name of his company.

10.      **Exhibit G** hereto is a true and correct copy of a Twitter page for Doug Spindler (@DougSpindler), which is publicly available on the Internet at https://twitter.com/dougspindler (last visited March 31, 2022) and contains, among other things, a link to his company's website, the name of his company, his job title, and his photograph (although the photograph did not come through in the PDF capture).

11.      **Exhibit H** hereto is a true and correct copy of the relevant portions of a PDF document available through the National Cyber Watch Center website, which is publicly available on the Internet at https://www.nationalcyberwatch.org/wp-content/uploads/2018/08/2018_Innovations_in_Cybersecurity_Education_WEB.pdf (last visited March 31, 2022) and contains, among other things, Plaintiff's name, telephone number, and an email address not listed in Seamless's database.

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STRIKE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION

12.     The redacted professional contact information contained in the Exhibits overlaps with the professional contact information about Plaintiff in the Seamless database, as follows:

a.   Plaintiff's "Company," which is redacted in ¶ 31 of the Complaint, appears in Exhibits A, C, D, F, and G.

b.   Plaintiff's @comcast email address, which is redacted in ¶ 31 of the Complaint, appears in Exhibit E.

c.   Plaintiff's @gmail email address, which is redacted in ¶ 31 of the Complaint, appears in Exhibit C.

d.   Plaintiff's website, which is redacted in ¶ 31 of the Complaint, appears in Exhibits A, C, D, and G.

e.   Plaintiff's phone number, which is redacted in ¶ 31 of the Complaint, appears in Exhibits D and H.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of April, 2022.

_____
/s/ Ann Marie Mortimer
Ann Marie Mortimer

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR
STRIKE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION

# EXHIBIT A

 

  
Home          My Network          Jobs



## Douglas Spindler · 3rd

Orinda, California, United States · **Contact info**

**14** connections

Connect    🔒 Message    More

## Activity
14 followers

+ Follow

**Douglas hasn't posted lately**
Douglas' recent posts and comments will be displayed here.

Show all activity →

## Experience





# EXHIBIT B



- Home
- About
- Become a Member
- Contact Us
- Meeting RSVP

## Main Menu

- Home
- Internships
- Presentations
- PearsonVue Testing
- Receipts and Invoices
- TechDays
- Value of W9
- W9
- Women In Technology
- Become a Member
- Mail List Changes
- Contact Us
- Calendar
- Meeting RSVP
- SF Meeting Location
- Meetings
- Classes & Events
- Special Interest Groups
- Other Announcements

## Search Our Site

search

Linked in

Join us on Facebook

## Our Latest Tweets

## Contact Us

Doug Spindler
President,

Address:

Orinda CA 94563 USA

Information: User Group Exemption 501 (c) 6 Employer Id Number: W-9 California Corporate Number:

Comments or questions are welcome.

* indicates required field

Name:*

Email:*

Subject:*

Message:*

CAPTCHA Image

CAPTCHA Code:*

Submit

Powered by Fast Secure Contact Form

## Latest Updates

- Azure A Z Azure Governance session Sunnyvale
- Special Event – Azure A Z IoT Workshop
- Special event invitation Azure Service Fabric on Linux – Thursday, December 7, 2017
- Azure Service Fabric on Linux December 7, 2017
- December 6 Holiday Party

## Subscribe to RSS

Feed Entries

- No public Twitter messages.

**EXHIBIT C**



MENU



🔍 SEARCH        LOG IN        REGISTER        NEWSLETTER SIGN-UP



# Doug Spindler

Doug Spindler is a technology consultant, digital forensic investigator, and college professor living in the San Francisco Bay Area.  For the past 25 years, Doug has solved a wide variety of technical problems from the mundane, working with Nobel Prize winning scientists on sub-atomic particle experiments to physicians using computers to conduct heart surgery to the most challenging, fixing his mother-in-law's computer. Seeing a need for an IT pro community, Doug founde ▮▮▮▮▮▮▮▮▮▮▮▮▮s, an independent association for IT professionals with over 4,000 members in the San Francisco Bay Area. Doug holds numerous certifications and industry awards including MCT, MCSE, and Microsoft's prestigious MVP award.  Doug also serves as an industry/faculty advisor to college students, facilitating them during their participation in cyber-defense competitions and guiding them as they consider careers in computer security.

▮▮▮▮▮▮▮▮@gmail.com

MENU





What is the value of IT industry and/or Microsoft certifications?

OCT 14, 2014

SEARCH          LOG IN          REGISTER          NEWSLETTER SIGN-UP



### The IT Security Conundrum

SEP 10, 2014

About

Advertise

Contact Us

Sitemap

Ad Choices

CCPA: Do not sell my personal info

Privacy Policy

Terms of Service

Content Licensing/Reprints

Cookie Policy

MENU

**ITPro Today.**

tech

SEARCH

LOG IN

REGISTER

NEWSLETTER SIGN-UP

© 2022 Informa USA, In

Privacy Policy | Cookie Policy | Terms of Use

# EXHIBIT D

## Spring 2010  DVC course  CNT-114   Section 8865
## Microsoft Windows Operating System Essentials/Administration

**Instructor:** Douglas Spindler MCSE, MCITP, MCPS, MCT.
**Lecture Hour:** M & W – 4:30 pm to 5:30 pm.
**In-class Lab:** M & W – 5:30 pm to 6:30pm
**email:** ███████**@gmail.com**
**Voice Mail:** ███████████
**Office:** None
**Office Hours:** By Appointment

My name is Doug Spindler.  I am your instructor for DVC course CNT-114 Section 8566 - Microsoft Windows Operating System Essentials/Administration.

**Please read the entire class syllabus prior to the next class meeting.  In it you will find your first homework assignment.  You must complete the homework assignment prior to our next class meeting.**

### CLASS
The class meets in room ATC-108 on Mondays and Wednesdays from 4:30-6:30 pm.  Each week's class sessions will be a combination of lecture and hands-on labs.  It is important that you attend every class session as the labs are building blocks from the previous lab.  Missing just one lab session will often make it difficult to do the current session's lab if the previous lab was not performed.

### Class prerequisites
This class is a sever administration class.  You are expected to have fundamental computer skills.  (Know how to use a mouse, install software, open and close programs, send receive email messages and know and understand computer terms.  Ideally you have been using Windows XP or Vista for a year or more and have an interest in becoming an IT Professional.  If you are new to computers I would recommend you take a introductory class before taking this one.

What I think makes classes at DVC a true learning experience is you will find yourself in a classroom with people of a wide variety of skill levels.  Some of your fellow students may never have touched a Windows server while others might be a Server Administrator for many years and decided to take this class to learn what's new in Server 2008.  While I am your primary instructor don't miss out on the opportunity to learn from your fellow students.

### What I expect you to get from the class
While students taking CNT-114 are here for a wide verity or reasons I have one mission, and that is to see you learn about Microsoft Windows Server administration.  My secondary goal is to teach you skills which will make you marketable today to companies seeking a server administrator.  While I cannot

promise you a job at the end of the semester, you will be learning server administration skills using the current versions of Microsoft Windows.

**Communications with Students**
I use email to communicate with students.  Since you are taking a computer technology for IT Professionals you are expected to have an email account and check it frequently.  (Free email accounts are available from google.com and other sources.

I will send you class assignments and other class information via email.  You are also welcome to send me questions about the class or class assignments.

Your first homework assignment is to send me your email address so I can add it to my class distribution list.  Send an email to ████████@gmail.com  with a subject line of CNT-114 New student.  In the body of the email message just type in your email address.

I also use a blog site to post additional information about the class.  You can find last semester's blog site at ███████████████  Please take a few moments to review last semester's posts.  I will always send an email message when I make a new blog post.  I will never make a post without notifying you.

**BOOK and Lab Manual**
The book we will be using for the class is **Microsoft Windows Server 2008 2 Administrator's Pocket Consultant**.  (Make sure you get the **2** edition.)  This book is **mandatory**.  (aprx cost $35)

You will need to bring the book to every class session as we will be using this as a lab manual.  You must have the book by the third week of class.



If you would like to purchase the lab manual for this class it can be purchased at DVC's book store or online.  (Aprx cost is $135.)  Purchase of the lab manual is optional.

**What will you learn in my class?**
Earlier I stated I one of my goals is to make you marketable as an IT
Professional.  One way I am going to accomplish that goal is to teach you how to
use the latest software this includes Windows server 2003, Windows Server
2008R2, Window XP, Windows Vista and Windows 7.

For those of you who are interested in becoming a Microsoft certified
professional, this class will in part prepare you for the Microsoft Certified
Professionals MCTS 70-646 or MCTS 70-647 exam.

Taking the Microsoft exam is not a requirement for the class, it is completely
optional, and there is a fee to take the exam.  DVC enrolled students are eligible
for a 50% discount off the Microsoft exam fee of $125.  This means as long as
you are a DVC student you can take as many Microsoft exams as you like for
$62.50.  (Subject to change by Microsoft.)

I believe if you can pass the Microsoft exam you deserve an A for one of the
exams in the class.  (Mid-term or final.)  For those not interested in Microsoft
certifications, you can still take the mid-term and a final.

We are very fortunate as DVC has wonderful computers for us to uses.  They are
64 bit with 8 gigs of RAM.  DVC will give you one hard drive to use for the
semester.  This hard drive is the property of DVC and may not be removed from
the classroom.

We will be using virtual machines in the class.  The performance of your of your
virtual machines is dependent on the number of hard drives and the speed of the
hard drive.  I would suggest you purchase a portable USB and eSATA hard drive
to class. (Make sure it's a 7200 RPM and150 gigs or more in size.  (Don't bother
buying a 5,400 RPM drive or slower as it will just be too slow.)  A 2.5" drive is
easier to carry, but is more costly than a 3.5" drive.  A 3.5" drive is larger and
heavier and usually the cost per gig is much less than a 2.5" drive.  2.5" or 3.5"
doesn't matter, just make sure the speed is 7200 RPM of faster  (Fry's has
portable drives and cases for around $100.)  The reason I am suggesting you
purchase a portable hard drive is that you can take your in class work home and
work on the labs at home.  If you have a laptop, you are welcome to bring it and
use it in class.

I'm sure you're interested in knowing what you will be learning in the class.  At
the end of this document you will find a list of what I plan on teaching you this
semester, (subject to modification.)  While this might appear to be a long list, I
think you'll find you might already quite a bit of already.  If you are new to server
administration we will stick to the basics.  If you have experience administering
servers let this class be your playground and I will give you more challenging lab
assignments.

**Your Instructor**

Now that you know some things about the class, let me tell you some things about me.  My name is Doug Spindler, I've lived and worked in the Bay Area all my life.  I began working in the IT field in 1982 and watched as it has changed over the years.  I am a Microsoft Certified Trainer, (MCT) and hold many Microsoft and IT Certifications.  I am also a professional International speaker, and writer and own my own small IT consulting company.  I have taught at DVC before and believe if you put in the effort you will receive a better education at DVC then attending one of those for profit colleges.  We might take a few field trips to San Francisco and have guest speakers.  I'm looking forward to having a good time teaching this class.  I hope you are equally interested in learning about tech.

Now that you know a little about me, I'd like to know something about you.  Why are you taking this class?  How much computer experience do you have?  Are you working in IT?  Or are you looking to get into IT?  Feel free to send me an email with your answers and share them with the rest of the class on the first day

**Course Grading:**

Upon completion of this class, students will receive a letter grade.
Attendance is mandatory as is completion of lab assignments.
Grading will be determined as follows:
Homework 5%
In-class participation 10%
Unannounced quizzes 5%
In-class labs 20%
Mid-Term 20%
Class Final 40%

**Exams details**

**Mid-Term:** Written questions and practical (Date TBD)
**Class Final:** Written questions and practical - Final will be the Monday of finals week.

In lieu of taking the mid-term or final exam students may substitute Microsoft's 70-620, 70-642, 70-646 or 70-647 certification exam for the mid-term and/or final.  If a student should earn a passing score on the Microsoft certification exam the student will receive and A on the mid-term or final.  If a student elects to take the Microsoft exam instead of the mid-term exam it must be taken after the first day of class or within two weeks of the mid-term date for the class.  Students taking the Microsoft exam in place of the final must take the exam prior to the CNT-114 final.

*Microsoft Exam charges a fee to take the exam.  Payment of the exam fee is the student's responsibility.  The CNT-114 course according to Microsoft's web site only partially prepares a candidate to pass Microsoft certification exams.*

*Students taking the Microsoft exams should be prepared to do independent study or join a study group to prepare for the Microsoft exam.*

**Important dates**
See DVC's web page (www.dvc.edu) for a calendar of college holidays.

**Academic dishonesty**
<u>Any</u> academic dishonesty may result in failure of this class.  Any dishonestly in taking the Microsoft exams may result in the student from permanently being barred from taking any Microsoft certification exam.  (See Microsoft's web site for complete details.)

**Other Resources**
Several students from last semester are interested in forming a DVC computer club.  The purpose of the club is to advance your knowledge of Microsoft servers outside of the classroom.  Cheryl Martucci and I have volunteered to sponsor the club.  It is up to you as students to make the club happen.  One of the missions of the club is to create a Microsoft certification study group.

I am the ███████ of an ████████████████ called ███████ ██████████████████████(You are welcome to join.)  We may make take up to four field trips to attend meetings.  (Meetings are on the first Tuesday of the month in San Francisco at Microsoft from 6-9 pm on a variety of topics.  If you plan on making a career in IT as a server/network admin these meetings are an excellent way for you to advance your IT education and meet fellow IT Professionals.

**DVC course CNT-114  Section 8566**
**Microsoft Windows Operating System Essentials/Administration**
**The following is a list of topics that will be covered in the class, subject to modification.**
Installing server software
Creating users
Adding users to groups
IP subnetting
Configure IPv4 and IPv6 addressing.
Configure Dynamic Host Configuration Protocol (DHCP).
Configure IP options, subnetting, supernetting, alternative configuration.
DHCP options, creating new options, PXE boot, default user profiles, DHCP relay agents, exclusions, authorize server in Active Directory, scopes, server core, Windows Server Hyper-V
Configure routing.
Configuring Name Resolution
Configure a Domain Name System (DNS) server: conditional forwarding, external forwarders, root hints, cache-only, server core, WINS and DNS integration, Windows Server virtualization
Domain Name System (DDNS), GlobalNames, SOA refresh
Configure DNS records: record types, host, pointer, MX, SRV, NS, dynamic

updates, Time to Live (TTL)

Configure DNS replication: DNS secondary zones, DNS stub zones, DNS scavenging interval, replication scope

 Configure name resolution for client computers: DNS and WINS integration, configuring HOSTS file, LMHOSTS, node type, Link-Local Multicast Name Resolution (LLMNR), broadcasting, resolver cache, DNS Server list, Suffix Search order, manage client settings by using group policy.

Configuring Network Access

Configure remote access: dial-up, Remote Access Policy, Network Address Translation (NAT), Internet Connection Sharing (ICS), VPN, Routing and Remote Access Services (RRAS), inbound/outbound filters, configure Remote Authentication Dial-In User Service (RADIUS) server, configure RADIUS proxy, remote access protocols, Connection Manager

Configure Network Access Protection (NAP): network layer protection, DHCP enforcement, VPN enforcement, configure NAP health policies, IPsec enforcement, 802.1x enforcement, flexible host isolation.

Configure wireless access: Set Service Identifier (SSID), Wired Equivalent Privacy (WEP), Wi-Fi Protected Access (WPA), Wi-Fi Protected Access 2 (WPA2), ad hoc versus infrastructure mode, group policy for wireless.

Configure firewall settings: incoming and outgoing traffic filtering, Active Directory account integration, identify ports and protocols, Microsoft Windows Firewall versus Windows Firewall with Advanced Security, configure firewall by using group policy, isolation policy

Configuring File and Print Services.

Configure a file server: file share publishing, Offline Files, share permissions, NTFS permissions, encrypting file system (EFS).

Configure Distributed File System (DFS): DFS namespace, DFS configuration and application, creating and configuring targets, DFS replication.

Configure shadow copy services: recover previous versions, set schedule, set storage locations.

Configure backup and restore: backup types, backup schedules, managing remotely, restoring data.

Manage disk quotas: quota by volume or quota by user, quota entries, quota templates.

Configure and monitor print services: printer share, publish printers to Active Directory, printer permissions, deploy printer connections, install printer drivers, export and import print queues and printer settings, add counters to Reliability and Performance Monitor to monitor print servers, print pooling, print priority.

Monitoring and Managing a Network Infrastructure.

Configure Windows Server Update Services (WSUS) server settings:update type selection, client settings, Group Policy object (GPO), client targeting, software updates, test and approval, disconnected networks.

Capture performance data: Data Collector Sets, Performance Monitor, Reliability Monitor, monitoring System Stability Index

Monitor event logs: custom views, application and services logs, subscriptions,

DNS log.
Plan for name resolution and IP addressing.
Internal and external naming strategy, naming resolution support for legacy clients, naming resolution for directory services, IP addressing scheme, TCP/IP version coexistence
Plan for application delivery.
Application virtualization, presentation virtualization, locally installed software, Web-based applications
Plan for Terminal Services.
Terminal Services licensing, Terminal Services infrastructure
Design Active Directory forests and domains.
Active Directory forest structure, forest and domain functional levels, intra-organizational authorization and authentication, schema modifications
 Design the Active Directory physical topology.
Active Directory delegation, group strategy, compliance auditing, group administration, organizational structure
Design the enterprise-level group policy strategy.
Group policy hierarchy and scope filtering, control device installation, authentication and authorization
Designing support identity and access management components (29 percent)
Plan for domain or forest migration, upgrade, and restructuring.
Cross-forest authentication, backward compatibility, object migration, migration planning, implementation planning, environment preparation
Design the branch office deployment.
Authentication strategy, server security
Design and implement public key infrastructure.
Plan for business continuity.
Service availability, directory service recovery
Design for software updates and compliance management.
Patch management and patch management compliance, Microsoft Update and Windows Update, security baselines, system health models
Design the operating system virtualization strategy.
Server consolidation, application compatibility, virtualization management, placement of servers

# EXHIBIT E

4/4/22, 4:43 PM
Case 4:22-cv-00787-KAW    Document 23-1    Filed 04/04/22    Page 24 of 38
Sysdiff or Equiv for XP - What | Tom's Hardware Forum



Sysdiff or Equiv for XP - What

Guest · Mar 13, 2005

🏠 › Forums › Software › Windows Legacy

Advertisement

Previous | Next

G  **Guest**
   Guest

Mar 13, 2005                                                         #1

Archived from groups: microsoft.public.windowsnt.registry (More info?)

I'm looking for a program like Sysdiff to run after Win XP has been
installed to customize the desktop and to change a couple of reg settings so
I can apply the same settings to other machines. Sysdiff should work, but
it looks like MS is no longer supports it.

I'm lookig for an simple easy to use program where I can get a before and
after to wind up with a delta file so I can make the other machines
identical. Any sugestions?

Thanks

Douglas Spindler

Steam Deck Review: Big PC Energy

Senior Editor Andrew Freedman reviews the long-anticipated Valve Steam Deck and shows you h…



G   **Guest**
Guest 🕒

Mar 13, 2005                                                                      < #2

Archived from groups: microsoft.public.windowsnt.registry (More info?)

In article <OONzzlAKFHA.2640@TK2MSFTNGP09.phx.gbl> ████ @comcast.net
says...
> I'm looking for a program like Sysdiff to run after Win XP has been
> installed to customize the desktop and to change a couple of reg settings so
> I can apply the same settings to other machines. Sysdiff should work, but
> it looks like MS is no longer supports it.
>
>
>
> I'm lookig for an simple easy to use program where I can get a before and
> after to wind up with a delta file so I can make the other machines
> identical. Any sugestions?
>
>
>
> Thanks
>
> Douglas Spindler
>
>
>
There is windiff from here
http://www.grigsoft.com/download-windiff.htm

You must log in or register to reply here.

Share:  f  🐦  📍  t  💬  ✉  🔗

🏠  >  Forums  >  Software  >  Windows Legacy

COMPANY

RESOURCES

✖

# EXHIBIT F

 Microsoft

Sign In

# Most Valuable Professional

 

| Home | Explore ⌄ | Events ⌄ | Find an MVP | MVP Reconnect ⌄ |

Find an MVP 🔍

← Back to search results



First year awarded:
2012

Number of MVP Awards:
6

## Language

English

## Social

  

## Certifications

Doug Spindler

MCT, MCSE, CISSP, Network
Forensic Investigator, Digital
Forensic Investigator, Hyper-V,
Lync,

# Doug Spindler

United States
CA

Douglas Spindler - Technology consultant, Microsoft Certified Trainer (MCT), and MCSE.

## Biography

Professor Spindler has been in the technology industry for over 25 years providing Microsoft solutions to a wide variety
businesses  major cell phone carriers  medical centers and scientists working with high energy sub  atomic particles   For
Douglas has been professor of technology at two San Francisco Bay Area colleges   In addition to his consulting and tea
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ a 4,000 member IT Professional association.  Douglas has been recognized as an ind
KGO/ABC evening news, authoring articles for industry publications, and presenter at IT industry events including TechEc
University of California at Berkeley with a degree in Molecular-Cellular-Developmental Biology, Douglas holds many ind
Microsoft Certified Solutions Expert (MCSE), Microsoft Certified Trainer (MCT), Certified Information Systems Security Pro
been awarded Microsoft's Most Valuable Professional (MVP) several times.

## Resources

Microsoft Learn     Microsoft Docs     Startups     Student Ambassadors     GitHub     LinkedIn

English (United States)

Contact us     Privacy & cookies     Terms of use     Trademarks

Microsoft

About our ads     © Microsoft 2021

**EXHIBIT G**





Explore

Settings

Search Twitter

Don't miss what's happening

People on Twitter are the first to know.

Log in

**EXHIBIT H**





# 2018 INNOVATIONS IN CYBERSECURITY EDUCATION



# Table of Contents

## 01. CURRICULUM

COMMUNITY INITIATIVE CENTER OF EXCELLENCE FOR SECURE SOFTWARE (CICESS)............................ 7

A VISUAL PRIVACY THEMED EDUCATIONAL MODULE USING SOCIAL MEDIA .................................. 8

BUSINESS SAVVY CYBERSECURITY ................................................................................. 9

CASE STUDY: MATERIAL WEAKNESS AS A RESULT OF A CYEBRSECURITY INCIDENT ....................... 10

CHOOSE YOUR OWN ASSESSMENT ................................................................................ 11

CREATE A CYBER INTERNSHIP PROGRAM WITHIN AN ACADEMIC ENVIRONMENT........................... 12

CYBERLEADERSHIP......................................................................................................... 13

EMBEDDING CYBERSECURITY IN GRADUATE DEGREE PROGRAMS........................................... 14

EXTENDING THE ONLINE CLASSROOM .............................................................................. 15

INTERDISCIPLINARY CYBERSECURITY MODULES ................................................................. 16

MULTI-INSTITUTION COLLABORATIVE GRADUATE CERTIFICATE IN CYBERSECURITY ..................... 17

NIST CYBERSECURITY FRAMEWORK CERTIFICATION TRAINING ................................................ 18

PROGRAMMING FOR CYBERSECURITY .............................................................................. 19

PREPARING BUSINESS EXECUTIVES OF THE FUTURE ........................................................... 20

THE POWER OF THE SOFT TALK AND ETHICAL QUANDARY DISCUSSION  ................................... 21

TRANSLATING HYPE, SENSATIONALISM AND EMERGING TECHNOLOGIES  .................................. 22

UNIQUE ANDROID APP-DRIVEN NIFTY MIDDLE-SCHOOL EDUCATIONAL MODULE  ......................... 23

USE OF THE RESOURCES OF STANDARDIZATION DEVELOPMENT ORGANIZATION .......................... 24

## 02. FACULTY DEVELOPMENT

INDUSTRIAL CONTROL SYSTEMS SECURITY CURRICULUM RESOURCE KIT.................................... 26

CYBERSECURITY LEARNING LABS FOR HIGH SCHOOL ........................................................... 27

THE CYBERSECURITY EXPERIENTIAL CYCLE OF PROFESSIONAL EXPERTISE (CECPE) ..................... 28

## 03. LAB ACTIVITY

HAVE MY SMART LIGHTBULBS BEEN WEAPONIZED ............................................................... 30

AN AUGMENTED STUDENT LEARNING AID FOR ETHICAL HACKING COURSE ................................. 31

CLOUD-BASED, AI-POWERED, FULLY IMMERSIVE CYBER RANGE .............................................. 32

CYBER SECURITY ANALYST SIMU-LAB SUITE .................................................................... 33

INTRANET SECURITY POLICY PROJECT LAB ACTIVITY .......................................................... 34

MYSECURITYLAB: A GENERIC TOOL FOR SELF-PACED LEARNING OF SECURITY CONTROLS ............. 35

SECURING THE COLLEGE COMMUNITY OF STUDENTS, FACULTY, AND STAFF ............................... 36

SECURITY POLICIES: HOW TO ENGAGE STUDENTS IN THE LEARNING PROCESS............................ 37

THE SPLUNK PLEDGE ................................................................................................... 38

UCC OFFERS A CYBERSECURITY DEGREE WITH OPTIONAL LAB ATTENDANCE .............................. 39

USING AN EXTENSIVE CASE STUDY IN THE CIT CAPSTONE CLASS ........................................... 40

 VIRTUAL MACHINES FOR CYBERSECURITY TESTING ............................................................ 41

**[PAGES INTENTIONALLY OMITTED]**

# HOW TO GET STUDENTS EXCITED AND INTERESTED IN CYBERSECURITY AND ETHICAL HACKING WHEN THEY DON'T KNOW WHAT IT IS?

## STUDENT LEARNING AID

## DESCRIPTION

How do you explain ethical hacking and cybersecurity to students to get then interested in a career in cybersecurity?  Show them. Local arcades have games of skill most of our students have played and lost.  What if we could show them how to build a device which would allow them to be a winner every time they played?

With inspiration from an engineer who worked on the Curiosity rover my students and I built a replica of a popular arcade game.  To teach them about cybersecurity they were shown how he game's programing could be modified so they could be a winner every time they played the game.

To teach them how the game could be hacked my students built a device which gave them a mechanical advantage, so they could win every time.

## BENEFITS

In having my my students build a game and a device which allowed them to win the game every time they had to work together as a team and use critical thinking skills in design and functionality.  By having students build and program the game and the device which allowed them to win every time they could easily explain cybersecurity and hacking to other students in away they could instantly understand.

## CONTACT INFORMATION

**Doug  Spindler**

███████@marin.edu

████████████

College of Marin

## TRANSFERABLE

Yes, this innovation is transferable to other institutions.

**[PAGES INTENTIONALLY OMITTED]**





**WWW.NATIONALCYBERWATCH.ORG**