

| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 10 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DOUG SPINDLER,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>SEAMLESS CONTACTS, INC.,<br><br>        Defendant-Appellant. | No.   22-16772<br><br>D.C. No. 4:22-cv-00787-KAW<br>Northern District of California,<br>Oakland<br><br>ORDER |

      Appellant's motion (Docket Entry No. 7) to stay appellate proceedings is granted.  The previously established briefing schedule is vacated.

      Appellate proceedings are stayed until resolution of *Martinez v. ZoomInfo Technologies, Inc.*, No. 22-35305, or until further order of the court.

      Appellant shall file a status report on April 3, 2023, and every 90 days thereafter while resolution of *Martinez v. ZoomInfo Technologies, Inc.* remains pending.

      Appellant shall notify the court by filing a status report within 7 days of the resolution of *Martinez v. ZoomInfo Technologies, Inc.*

      Failure to file a status report may terminate the stay of appellate proceedings.

      The briefing schedule will be reset in a future order.

LK/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo

2