United States District Court<br/>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG SPINDLER,<br>    Plaintiff,<br>v.<br>SEAMLESS CONTACTS, INC.,<br>    Defendant. | Case No. 4:22-cv-00787-KAW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY BENJAMIN OSBORN TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 77 |

On October 10, 2023, Plaintiff filed a motion for attorney Benjamin Osborn to withdraw as counsel. (Pl.'s Mot., Dkt. No. 77.)

Upon review of the moving papers, the Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), and GRANTS the motion to withdraw.[1]

IT IS SO ORDERED.

Dated: November 14, 2023

                                                KANDIS A. WESTMORE<br>
                                                United States Magistrate Judge

---

[1] Defendant did not properly notice a motion for sanctions based on Mr. Osborn's purported conduct. Even so, to obviate unnecessary motion practice, the undersigned does not believe that Mr. Osborn's conduct merits the imposition of sanctions.