UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG SPINDLER,<br><br>        Plaintiff,<br><br>    v.<br><br>SEAMLESS CONTACTS, INC.,<br><br>        Defendant. | Case No. 4:22-cv-00787-KAW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AS MODIFIED**<br><br>Re: Dkt. No. 133 |

On January 14, 2025, the parties filed a stipulation of dismissal without prejudice as to both Mr. Spindler's individual claims and the class claims. (Dkt. No. 133.)

The Court GRANTS the stipulation as MODIFIED and dismisses Plaintiff Doug Spindler's individual claims <u>with prejudice.</u> Per the parties' stipulation, the class claims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

The Clerk shall close the case.

IT IS SO ORDERED.

Dated: January 15, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge