UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG SPINDLER,<br><br>    Plaintiff,<br><br>v.<br><br>SEAMLESS CONTACTS, INC.,<br><br>    Defendant. | Case No. 4:22-cv-00787-KAW<br><br>**AMENDED ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER TERMINATING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AS MOOT**<br><br>Re: Dkt. Nos. 133, 134, 135 |

On January 14, 2025, the parties filed a stipulation of dismissal without prejudice as to both Mr. Spindler's individual claims and the class claims. (Dkt. No. 133.)

The Court GRANTS the stipulation and dismisses Plaintiff Doug Spindler's individual claims and the class claims without prejudice. Each party shall bear its own attorneys' fees and costs.

Finally, the Court TERMINATES Plaintiff's motion for leave to file a motion for reconsideration (Dkt. No. 135) as moot. This resolves Dkt. No. 135.

The Clerk shall close the case.

IT IS SO ORDERED.

Dated: January 23, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge